

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

SCOTT A. RESNIK
scott.resnik@katten.com
+1.212.940.8543 direct
+1.212.894.5513 fax

April 28, 2023

**VIA ECF**

Hon. Paul E. Davison
United States District Court
Southern District of New York
300 Quarropas Street, Rm. 420
White Plains, NY 10601-4150

**MEMO ENDORSED**

**Re:** *United States v. Onekey, LLC, et. al.*, No. 7:22-cr-00414-PED

Dear Judge Davison:

    This firm represents Defendants Onekey, LLC and Finbar O'Neill in the above-captioned case. Defendants file this letter motion seeking leave to file an Exhibit to Mr. O'Neill's sentencing memorandum under seal. The Exhibit is a letter from a physician that treats Mr. O'Neill and his family. It contains the personal medical records of Defendant and his immediate family members.

Respectfully submitted,

*/s/ Scott A. Resnik*

Scott A. Resnik

*Defendant's exhibit # 36 may be filed under seal.*

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge
5/2/23

---

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP